UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE APPLICATION OF DARREN SEAN HORTON,<br><br>    Petitioner,<br><br> v.<br><br>JALIA NAMAZZI,<br><br>    Respondent. | CASE NO. C25-1040 MJP<br><br>ORDER ON MOTION FOR SERVICE BY MARSHALS AND OTHER RELIEF |

  This matter comes before the Court on Petitioner's Petition for Return of Child to the State of Habitual Residence (Dkt. No. 1) and Petitioner's Ex Parte Motion for Order to the United States Marshal To Serve Respondent and For Other Relief (Dkt. No. 7.) Having reviewed the Petition and Motion, the Court GRANTS in part the relief sought.

  Through both documents, Petitioner asks the Court to grant a "provisional remedy" under 22 U.S.C. § 9004 to protect the well-being of the child involved and to prevent further removal of the child. (See Petition at 4 (Dkt. No. 1).) Specifically, Petitioner asks the Court to order the U.S. Marshal to serve Respondent with a copy of the pleadings and seize any and all passports of

Respondent and the child at issue, A.R.H. Additionally, Petitioner asks the Court to issue an order barring Petitioner from removing A.R.H. from the Western District of Washington without prior court approval.

The evidence submitted does not necessarily warrant the requested relief. As is clear from the filing, Respondent, who is an America citizen, has already started custody proceedings in King County Superior Court. (Declaration of Jakini Auset S. Ingram Ex. B (Dkt. No. 5-1 at 12-91).) Respondent is represented by counsel and appears to seek to keep A.R.H. permanently in the United States, based on allegations of abuse and domestic violence perpetrated by Petitioner. Given the ongoing custody proceedings in King County Superior Court where Respondent is represented by counsel and the fact that Respondent is an American Citizen, the Court sees no risk that Respondent will flee with A.R.H. pending resolution of the Petition. As such, the Court does not find that a provisional remedy seizing the passports is necessary. However, the Court does ORDER Respondent not to remove A.R.H. from the Western District of Washington without the Court's approval pending resolution of this action. The Court also ORDERS the U.S. Marshal to serve a copy of this Order and all pleadings on Respondent at 19206 14th Lane NW, Shoreline, Washington 98177. Additionally, counsel for Petitioner must serve a copy of this Order and all pleadings on Respondent's counsel Karamvir K. Dhaliwal at the following address: Dubois Levias Law Group, 927 N. Northlake Way, Suite 140, Seattle, Washington 98103. Service must be accomplished within 3 days of entry of this Order.

Additionally, the Court ORDERS Respondent to file a response to the Petition within 14 days of entry of this Order. And the Parties must appear in Court for a hearing on the Petition on June 26, 2025 at 4:00 PM. Unless otherwise agreed to by the Parties, the hearing shall be held in Courtroom 14B.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 4, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTION FOR SERVICE BY MARSHALS AND OTHER RELIEF - 3