The Honorable Marsha J. Pechman

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE THE APPLICATION OF DARREN SEAN HORTON,<br><br>           Petitioner,<br><br>  vs.<br><br>JALIA NAMAZZI.<br><br>           Respondent. | No. 2:25-cv-01040-MJP<br><br>STIPULATED MOTION SETTING TRIAL DATES AND OTHER RELATED DATES |

## STIPULATION AND MOTION

By and through the undersigned attorneys of Petitioner Darren Sean Horton ("Petitioner") and Respondent Jalia Namazzi (Respondent), pursuant to FRCP 6(b), FRCP 26(a)(2)(D)(ii), and FRCP 26(b), the parties hereby stipulate and jointly move the Court for an Order Setting Trial Dates and Related Dates as follows:

| Event | Proposed Deadline |
|---|---|
| FRCP 34 Requests for Production to be issued | June 30, 2025 |
| Discovery completed by | July 11, 2025 |
| FRCP 26(a)(2) disclosures completed by | July 18, 2025 |
| FRCP 30 Depositions to be completed by | July 24, 2025 |

STIPULATED MOTION SETTING TRIAL DATES AND OTHER RELATED DATES – 1

**Miller Nash LLP**
605 5th Ave S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

4899-6644-6417.1

| Rebuttal expert disclosures/reports completed by | July 31, 2025 |
|---|---|
| All parties to exchange and file witness lists, exhibit lists, exhibits, and trial briefing with the Court | August 5, 2025 |
| All parties to file (1) objections to witnesses and exhibits and (2) all motions in limine with the Court | August 8, 2025 |
| All parties to file replies to objections and motions in limine with the Court | August 12, 2025 |
| Pretrial Conference | August 14, 2025 at 1:30 PM |
| BENCH TRIAL SET FOR 9:00 A.M. on (1-3 day duration) | August 18, 2025 – August 20, 2025 |

DATED this 27th day of June, 2025.

Presented By:

MILLER NASH LLP

*/s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA# 25533

*/s/ Jakini Auset S. Ingram*
Jakini Auset S. Ingram, WSBA# 61521

MILLER NASH LLP
605 5th Ave S. Ste 900
Seattle, WA 98104
Telephone: 206-624-8300
Facsimile: 206-340-9599
Email: dino.vasquez@millernash.com
Email: jakini.ingram@millernash.com

STIPULATED MOTION SETTING TRIAL
DATES AND OTHER RELATED DATES – 2

4899-6644-6417.1

1  *Attorneys for Petitioner*

2  Presented By:

3  DUBOIS LEVIAS LAW GROUP, PLLC

4  /s/ Lucia Levias
   Lucia Levias, WSBA# 39324
5

6  DUBOIS LEVIAS LAW GROUP, PLLC
7  927 N Northlake Way, Suite 140
   Seattle, WA 98103
8  Telephone: 206-547-1486
   Email: lucia@duboislaw.net
9  Cc: kdhaliwal@duboislaw.net
   Cc: kimberly@duboislaw.net
10

11 *Attorneys for Respondent Jalia Namazzi*

12
   Presented By:
13 BUCKLEY LAW PC

14 /s/ Katrina Seipel, OSB# 164793          Dated: 6/27/2025
   Katrina Anne Seipel, *pro hac vice*
15 Katelyn Skinner, *pro hac vice*

16
   BUCKLEY LAW PC
17 5300 Meadows Road, Suite 200
   Lake Oswego, OR 97205
18 Telephone: 503-620-8900
   Fax: 503-620-4878
19 Email: kds@buckley-law.com
   Email: kas@buckley-law.com
20 *PRO HAC VICE*
21 *ATTORNEY TO BE NOTICED*

22

23

24

25

26

STIPULATED MOTION SETTING TRIAL
DATES AND OTHER RELATED DATES – 3

**Miller Nash LLP**
605 5th Ave S | Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

4899-6644-6417.1

# ORDER

Based on the above Stipulated Motion Setting Dates and Other Related Dates, it is so ordered.

DATED this 30th day of June, 2025.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

| Presented by: | Copy received; Notice of Presentation Waived; Approved as to Form: |
|---|---|
| MILLER NASH LLP | DUBOIS LEVIAS LAW GROUP PLLC |

By */s/ Jakini Auset S. Ingram*
J. Dino Vaquez, WSBA# 25533
Jakini Auset S. Ingram, WSBA# 61521

*Attorneys for Petitioner Darren Sean Horton*

By */s/ Lucia Levias*
Lucia Levias, WSBA# 39324

*Attorneys for Respondent Jalia Namazzi*

BUCKLEY LAW PC

By /s/ Katrina Seipel, OSB 164793
Katelyn Skinner, *pro hac vice*
Katrina Anne Seipel, *pro hac vice*

*Attorneys for Respondent Jalia Namazzi*

Dated: 6/27/2025

STIPULATED MOTION SETTING TRIAL DATES AND OTHER RELATED DATES – 4

4899-6644-6417.1

**Miller Nash LLP**
605 5th Ave S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599