UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Seattle Division

In Re: the Application of:

DARREN SEAN HORTON,

    Petitioner,

v.

JALIA NAMAZZI,

    Respondent.

Case No.: 2:25-cv-01040-MJP

VOLUNTARY RETURN ORDER

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

HONORABLE MARSHA J. PECHMAN, District Court Judge

This Voluntary Return Order directing the return of the Parties' minor Child to the United Kingdom is made pursuant to Article 7 of the 1980 Convention on the Civil Aspects of International Child Abduction ("Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.*, and with the express consent and agreement of both Parties, as evidenced by their signatures and the signatures of their counsel below. It is, therefore, by the United States District Court for the Western District of Washington, hereby:

1. **ORDERED,** that by agreement of Petitioner Darren Sean Horton and Respondent Jalia Namazzi (collectively, the "Parties"), the Parties' minor Child

shall be returned to the United Kingdom on or before August 14, 2025; and it is further

2. **ORDERED,** that by agreement of the Parties, upon purchasing the return flights, Respondent shall forward the itinerary to her counsel, who shall then report in the affirmative to Petitioner's counsel that flights have been purchased for Respondent's and the Child's return; and it is further

3. **ORDERED,** that by agreement of the Parties, within two days of Respondent's and the Child's return, and no later than August 15, 2025 at close of business, Respondent shall deposit the Child's passport with Petitioner's counsel, Kelly Walters, at her office, located at 4 Park Place, Leeds, West Yorkshire, LS12RU. The passport shall be held at Petitioner's counsel's office until further written agreement of the Parties or upon order of the United Kingdom court; and it is further

4. **ORDERED,** that by agreement of the Parties, the Parties shall not institute or voluntarily support any proceedings, whether criminal or civil, for the punishment of either Party, arising out of the removal of the Child from the United Kingdom to the United States and the subsequent retention of the Child in the United States, and to take all necessary steps to withdraw any existing complaint, if any complaint is so existing; and it is further

5. **ORDERED,** that by agreement of the Parties, the Parties shall accept service of all United Kingdom court pleadings via e-mail. Respondent may be served with any and all United Kingdom court pleadings at jnjulietten@gmail.com, and she shall sign any acceptance of service emailed thereto. Petitioner may be served with any and all United Kingdom court pleadings at k.walters@consilialegal.co.uk, and she shall sign any acceptance of service emailed thereto; and it is further

6. **ORDERED,** that by agreement of the Parties, upon Respondent's and the Child's return to the United Kingdom and relinquishment of the Child's passport, the Parties shall jointly notify the Court of such, and the case herein shall be dismissed with prejudice; and it is further

7. **ORDERED,** that by agreement of the Parties, the Parties shall each pay their own attorneys' fees, and neither shall seek to hold the other responsible for payment of such fees; and it is further

8. **ORDERED,** that by agreement of the Parties, the provisions and terms herein are intended to constitute a binding and enforceable obligation in both this jurisdiction and in the United Kingdom, including England and Wales.

IT IS SO ORDERED

DATED this 16th day of July, 2025.

_____

HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT JUDGE

**APPROVED AND STIPULATED TO AS TO FORM AND CONTENT:**

| | |
|---|---|
| _____ | _____ |
| Jalia Namazzi, Respondent | Darren Sean Horton, Petitioner |
| Dated: 7/14/2025 | |

Page 3 – VOLUNTARY RETURN ORDER
4929-1426-9269.1

_____ Dated: 7/14/2025
Katrina Seipel
Buckley Law, P.C.
5300 Meadows Road, Suite 200
Lake Oswego, OR 97035
Email: kas@buckley-law.com
Of Attorneys for Respondent

Signed by:
lucia levias
01263FB50AB94F3...
_____
7/14/2025
Lucia Levias
DuBois Levias Law Group
927 N. Northlake Way, Suite 140
Seattle, WA 98103
Email: lucia@duboislaw.net
Of Attorneys for Respondent

_____
Jakini Auset Sharmane Ingram
Miller Nash LLP
605 5th Avenue S, Ste. 900
Seattle, WA 98104
Email: jakini.ingram@millernash.com
Of Attorneys for Petitioner

_____
J. Dino Vasquez
Miller Nash LLP
605 5th Avenue S, Ste. 900
Seattle, WA 98104
Email: dino.vasquez@millernash.com
Of Attorneys for Petitioner