UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE APPLICATION OF DARREN SEAN HORTON, <br><br>  Petitioner, <br><br> v. <br><br> JALIA NAMAZZI, <br><br>  Respondent. | CASE NO. C25-1040 MJP <br><br> ORDER STRIKING TRIAL DATE |

In light of the Voluntary Return Order (Dkt. No. 20), the Court hereby STRIKES the trial date set for August 18, 2025. The Court further directs the Parties to provide an update on the status of Respondent's return to the United Kingdom. The update must be filed by no later than August 20, 2025.

\\

\\

\\

\\

ORDER STRIKING TRIAL DATE - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated August 8, 2025.

3   *[signature]*

4   Marsha J. Pechman
    United States Senior District Judge

ORDER STRIKING TRIAL DATE - 2